QUINN EMANUEL URQUHART & SULLIVAN, LLP
  David W. Quinto (Bar No. 106232)
    davidquinto@quinnemanuel.com
  Daniel C. Posner (Bar No. 232009)
    danposner@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Defendant
LE CHÂTEAU, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.A. PRINTEX INDUSTRIES, INC., a California Corporation,<br><br>   Plaintiff,<br><br>vs.<br><br>LE CHÂTEAU, INC., a Canadian Corporation; and DOES 1-10,<br><br>   Defendants. | CASE NO. CV10 4264-ODW (FMOX)<br><br>**SECOND SUPPLEMENTAL DECLARATION OF DAVID W. QUINTO IN SUPPORT OF LE CHÂTEAU'S MOTION FOR SUMMARY JUDGMENT**<br><br>Initial Hearing Date To: May 23, 2011<br>Continued Hearing Date: June 6, 2011<br>Time: 1:30 p.m.<br>Courtroom:<br>Honorable Otis D. Wright, II |

04211.23238/4149489.1

Case No. CV10 4264-ODW (FMOX)
SECOND SUPPLEMENTAL DECLARATION OF DAVID W. QUINTO IN SUPPORT OF LE CHATEAU'S
MOTION FOR SUMMARY JUDGMENT

# SECOND SUPPLEMENTAL DECLARATION OF DAVID W. QUINTO

1.  I am a member of the Bar of this Court and of the State of California. I am also a partner of Quinn Emanuel Urquhart & Sullivan, LLP, counsel for defendant Le Château, Inc. herein. I make this declaration of my personal and first-hand knowledge and, if called and sworn as a witness, I could and would testify competently hereto.

2.  Attached as Exhibit A is an application for Supplementary Registration identifying "Incorrect Information in Basic Registration" evidently filed with the United States Copyright Office by plaintiff on May 5, 2011. It reflects that, contrary to the representation made in the Certificate of Registration dated December 19, 2005, the work at issue "may have been published separately," rather than as a collection of published works as reflected in that registration. Based on plaintiff's admission that the facts stated in the Certificate of Registration on which plaintiff bases its contention that the federal courts have subject matter jurisdiction "may have been" incorrect, plaintiff is no longer entitled to rely on a presumption that the facts stated in the Registration Certification are, in fact, correct.

3.  The *Compendium II of Copyright Office Practices* provides in Chapter 1500 ("Corrections and amplifications of Copyright Office Records; Supplementary Registrations") that "information contained in a supplementary registration *augments but does not supersede* the basic registration." *See* § 1504.08(b) (emphasis added). Accordingly, plaintiff's application for a supplemental registration does not supersede the claim that the pattern at issue was published as part of a collective work.

4.  Section 1504.08(a) of the *Compendium II of Copyright Office Practices* provides that when a supplemental registration is made, the Copyright Office will issue a "certificate of supplementary registration" under a new registration member. Plaintiff has not identified any new certificate of supplementary registration and, accordingly, cannot point to any copyright registration conferring subject matter

1 | jurisdiction on this Court. See 17 U.S.C. § 411(a). Moreover, even if a
2 | supplemental certification of copyright registration issues now, it will not confer
3 | subject matter jurisdiction on the Court retroactively.
4 |     5. Section 1504.04 of the *Compendium II of Copyright Office Practices*
5 | provides that a supplementary registration "is not appropriate . . . [t]o reflect
6 | changes in the content of a work." Here, plaintiff registered a collective work,
7 | consisting of 12 patterns. By its application for a supplemental registration, plaintiff
8 | seeks to reflect a change in the content of the work, reducing the purported
9 | collective work from a collection of 12 patterns to a "collection" of just 1 pattern.
10 |     I declare under penalty of perjury under the laws of the United States of
11 | America that the foregoing is true and correct.
12 |     Executed this 20th day of May, 2011, at Los Angeles, California.

                                                  */s/ David W. Quinto*
                                                  David W. Quinto

04211.23238/4149489.1

-3-   Case No. CV10 4264-ODW (FMOX)
SECOND SUPPLEMENTAL DECLARATION OF DAVID W. QUINTO IN SUPPORT OF LE CHATEAU'S
MOTION FOR SUMMARY JUDGMENT

# EXHIBIT A

Copyright Office fees are subject to change. For current fees, check the Copyright Office website at *www.copyright.gov*, write the Copyright Office, or call (202) 707-3000.



# Form CA
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

| TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE |

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

Month  Day  Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

## A

**Title of Work ▼**
Ethnic (Group 12)

**Registration Number of the Basic Registration ▼**
VA 1-344-916

**Year of Basic Registration ▼**
2005

**Name(s) of Author(s) ▼**
L.A. Printex Industries, Inc.

**Name(s) of Copyright Claimant(s) ▼**
L.A. Printex Industries, Inc.

## B

**Location and Nature of Incorrect Information in Basic Registration ▼**

Line Number _____ Line Heading or Description Previous or Alternative Titles

**Incorrect Information as It Appears in Basic Registration ▼**
E50191, E50192, E50193, E50196, E50204, E50206, F60249, F60250, F60256, F60279, G70129 & F60250

**Corrected Information ▼**
E50193

**Explanation of Correction ▼**
These twelve designs may have been published separately; therefore all but E50193 are being removed.

## C

**Location and Nature of Information in Basic Registration to be Amplified ▼**

Line Number _____ Line Heading or Description _____

**Amplified Information and Explanation of Information ▼**

EXHIBIT A

- 4 -

MORE ON BACK ▶ • Complete all applicable spaces (D-G) on the reverse side of this page.
• See detailed instructions. • Sign the form at Space F.

DO NOT WRITE HERE
Page 1 of _____ pages

| | |
|---|---|
| FORM CA RECEIVED | FORM CA |
| FUNDS RECEIVED DATE | |
| EXAMINED BY | FOR COPYRIGHT OFFICE USE ONLY |
| CORRESPONDENCE ☐ | |
| REFERENCE TO THIS REGISTRATION ADDED TO BASIC REGISTRATION   ☐ YES ☐ NO | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

Continuation of: ☐ Part B or ☐ Part C

**D**

**Correspondence:** Give name and address to which correspondence about this application should be sent.

Scott A. Burroughs, Esq., Doniger / Burroughs APC, 300 Corporate Pointe, Suite 355, Culver City, CA 90230.

**E**

Phone ( 310 ) 590-1820     Fax ( 310 ) 417-3538     ☒ Email scott@donigerlawfirm.com

**Deposit Account:** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name _____

Account Number _____

**Certification*** I, the undersigned, hereby certify that I am the: (Check only one)
☐ author          ☐ owner of exclusive right(s)
☐ other copyright claimant   ☒ duly authorized agent of __L.A. Printex Industries, Inc.__
                                Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▼ Scott A. Burroughs, Esq.         Date ▼ 5/5/2011

Handwritten signature (X) ▼ [signature]

**F**

| Certificate will be mailed in window envelope to this address: | Name ▼ Scott A. Burroughs, Esq. |
|---|---|
| | Number/Street/Apt ▼ 300 Corporate Pointe, Suite 355 |
| | City/State/ZIP ▼ Culver City, CA 90230 |

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in Space F

**SEND ALL ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**G**

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application, shall be fined not more than $2,500.       ovided for by section 409, or in any written statement filed in connection

**EXHIBIT A**

Form CA-Full   Rev: 07/2006   Print: 07/2006—...,000   Printed on recycled paper                                 U.S. Government Printing Office: 2006-·······/··,···